FILED

12 DEC 17 PM 12:43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY MO                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SAMANIEGO,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 12-CV-00671 BEN (KSC)<br><br>**ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>[ECF No. 26] |

　　　　Presently before the Court is pro se Plaintiff Victor Samaniego's motion for leave to file a second amended complaint. ECF No. 26. Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleadings prior to trial with leave of the court. It states that a court "should freely give leave when justice so requires." *Id.* The Ninth Circuit has stated that "leave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). The Court **GRANTS** Plaintiff's motion. The clerk shall file the corresponding exhibit (ECF No. 28) as the Second Amended Complaint. Plaintiff is reminded that the complaint must be served on all parties.

　　　　**IT IS SO ORDERED.**

DATED: December 17, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge